**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott RIGGAN, et al., | No. CIV 07-519-PHX-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| WERNER ENTERPRISES INC., et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Continue Rule 16 Preliminary Conference Set for August 2, 2007. (Dkt. 9) Good cause appearing,

**IT IS ORDERED GRANTING** the Joint Motion to Continue Rule 16 Preliminary Conference Set for August 2, 2007. (Dkt. 9)

**IT IS FURTHERED ORDERED** that the Preliminary Pretrial Conference set for August 2, 2007, has been continued to August 20, 2007, at 3:00 p.m.

**IT IS FURTHERED ORDERED** that all of the provisions of the Court's Order Setting Rule 16 Preliminary Pretrial Conference (Dkt.6), with the exception of the date changed above, remain in full force and effect.

DATED this 30th day of July, 2007.

Stephen M. McNamee
United States District Judge