**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Riggan and Michelle Riggan, | No. CV-07-519-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Werner Enterprises, Inc., and Casper Lee Brisbon, | |
| Defendants. | |

Having received the parties' Stipulation to Continue Deadline to File Stipulation for Dismissal (Dkt. 18), and good cause appearing,

IT IS HEREBY ORDERED that the parties have until **October 31, 2007** to file a stipulation for dismissal.

DATED this 12th day of October, 2007.

Stephen M. McNamee
United States District Judge