**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Scott Riggan and Michelle Riggan,

               Plaintiffs,

        v.

Werner Enterprises, Inc., and Casper Lee Brisbon,

               Defendants.

CIV-07-519-PHX-SMM

**ORDER**

     Pursuant to the Stipulation for Dismissal filed by the parties (Dkt. 20),

     **IT IS HEREBY ORDERED** dismissing this case with prejudice, with each party to bear their own costs and fees incurred herein.

     **IT IS FURTHER ORDERED** vacating the status conference scheduled for November 5, 2007.

     DATED this 1st day of November, 2007.

Stephen M. McNamee
United States District Judge